

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00357-CV

_____

CARL DAVID PASCHAL, Appellant

V.

TRENT JONES, Appellee

On Appeal from the 16th District Court
Denton County, Texas
Trial Court No. 22-2722-16

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

Appellant Carl David Paschal attempts to appeal from the trial court's interlocutory order granting Appellee Trent Jones's plea to the jurisdiction. The trial court signed the interlocutory order on July 10, 2023, making Paschal's notice of appeal due July 31, 2023. *See* Tex. R. App. P. 4.1(a) (stating that if the final day of a period prescribed by the rules falls on a Saturday, Sunday, or legal holiday, the period prescribed extends to the next day that is not a Saturday, Sunday, or legal holiday), 26.1(b) (stating that a notice of appeal in an accelerated appeal must be filed within twenty days after the judgment or order signed), 28.1(a) (stating that appeals from interlocutory orders are accelerated appeals). Paschal filed his notice of appeal on September 29, 2023, sixty days late.

On October 3, 2023, we notified Paschal of our concern that we lacked jurisdiction over this appeal because his notice of appeal was untimely. We warned that we would dismiss the appeal for want of jurisdiction unless he or any party desiring to continue the appeal filed a response by October 13, 2023, showing a reasonable explanation for the late filing of the notice of appeal. *See* Tex. R. App. P. 10.5(b), 26.3(b), 42.3(a), 43.2(f). We have received no response.

The time for filing a notice of appeal is jurisdictional, and absent a timely filed notice of appeal or motion for extension of time to file the notice of appeal, we must dismiss the appeal. *See* Tex. R. App. 2, 25.1(b), 26.1, 26.3, 28.1(b); *Jones v. City of*

2

*Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Because Paschal's notice of appeal was sixty days late, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Jones*, 976 S.W.2d at 677; *Verburgt*, 959 S.W.2d at 617; *Bhakta v. Tex. Dep't of Transp.*, No. 04-14-00063-CV, 2014 WL 1499810, at *1 (Tex. App.—San Antonio Apr. 16, 2014, no pet.) (per curiam) (mem. op.) (dismissing appeal for lack of jurisdiction because notice of appeal was not filed within twenty days of trial court's order granting appellee's plea to the jurisdiction and motion for extension was not filed within the fifteen-day extension period).

Per Curiam

Delivered: November 2, 2023